UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-2925

---

In Regard to the Matter of:

Bayside State Prison

Litigation

JAIME FIGUEROA,

      -vs-

WILLIAM H. FAUVER, et al,

      Defendants.

---

\*     \*     \*     \*

MONDAY JUNE 16, 2008

\*     \*     \*     \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

251 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

1

2

3

4

5                   Transcript of proceedings in the above

6    matter taken by Theresa O. Mastroianni, Certified

7    Court Reporter, license number 30X100085700, and

8    Notary Public of the State of New Jersey at the

9    United States District Court House, One Gerry Plaza,

10   Camden, New Jersey, 09102, commencing at 3:07 PM.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1
 2   A P P E A R A N C E S:
 3
 4        LOUGHRY & LINDSAY, ESQUIRES
          BY:  LAWRENCE W. LINDSAY, ESQUIRE
 5        330 MARKET STREET
          CAMDEN, NEW JERSEY 08102
 6        856-968-9201
          ATTORNEYS FOR THE PLAINTIFFS
 7
 8
          ROSELLI & GRIEGEL, PC
 9        BY:  JAMES LAZZARO, ESQUIRE
               - and -
10        BY:  KENNETH W. LOZIER, ESQUIRE
          1337 STATE HIGHWAY 33
11        HAMILTON SQUARE, NEW JERSEY  08690
          609-586-2257
12        ATTORNEYS FOR THE DEFENDANTS
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1           JUDGE BISSELL:   I'm reopening

2   proceedings for the purpose of rendering an opinion

3   in the case of Jaime Figueroa, civil number 08-2925.

4               This opinion/report is being issued

5   pursuant to the directives of the Order of Reference

6   to a Special Master and the Special Master's

7   Agreement and the guiding principles of law which

8   underlie this decision to be applied to the facts

9   upon which it is based as set forth in the jury

10  instructions in the Walker and Mejias jury charges to

11  the extent applicable to the allegations of Mr.

12  Figueroa.

13              As finalized after review under Local

14  Civil Rule 52.1, this transcript will constitute the

15  written report required under paragraph seven of the

16  Order of Reference to a Special Master.

17              MR. LINDSAY:   Your Honor, before you

18  start, could I just get the docket number again on

19  that?

20              JUDGE BISSELL:   Yes.   08-2925.

21              MR. LINDSAY:   Thank you.

22              JUDGE BISSELL:   Mr. Figueroa made a

23  very nice presentation and a very nice and

24  superficially credible presence in the course of his

25  testimony here.   And I must say at the conclusion of

1    that testimony I was feeling perhaps something that

2    almost might border on outrage that this young man,

3    two or three days here in Bayside in a minimum

4    security area of the farm not more than an hour or

5    two in the place, should be subjected to a beating by

6    a SOG unit that just entered into the place and then

7    later on when seeking medical treatment, naive in

8    what those consequences might be, winds up being

9    called to the desk officer and then assaulted in a

10   bathroom by more SOG officers.

11            Then, of course, later on with the

12   apple incident, he gets it again.  He's in the place

13   for three days and once again minimal security area

14   with no visible threat from the people down there to

15   anyone, and this happens.

16            And frankly, and if this provides some

17   guidance for some future cases, so be it, there is

18   something lurking in the back of my mind here from

19   the cases that I've heard about what's going on at

20   the farm that I find very troublesome.  It's almost

21   as if the SOG units felt that if they ever wanted a

22   little recreation, they could go down to the farm and

23   work people over because nobody down there was going

24   to complain, they were in minimal custody facilities,

25   certainly where they wanted to stay, and many of them

1    on the verge of departure for parole, halfway house

2    or otherwise.  So the whole thing with regard to Mr.

3    Figueroa had a superficial gloss to it, if you will,

4    of just kind of open season on the guys at the farm

5    because why are they going to complain.  They've got

6    the most to lose if they complained and they'd be

7    involving themselves in the system and disciplinary

8    process if it turns out to be that, and so forth.

9            But, and it's a big but, when the

10    defense came back to present its evidence and indeed

11    through the logs that we received this morning as

12    P-2A and P-117, first, I found Lieutenant then

13    Sergeant Gale, (perhaps he was then even a

14    corrections officer, I'm not sure, he was a

15    corrections officer, I guess at that time,) also

16    credible.  He presented a very good demeanor here in

17    this courtroom.  And his recounting of the events in

18    connection with the apple incident was credible and

19    frankly not fatally inconsistent with Mr. Figueroa's

20    in one sense in that the throwing of the apple into

21    the fan that generated the problem came from a

22    different wing than that on which Mr. Figueroa was

23    being housed and that when the SOG unit arrived, they

24    were "standing by", and you can take that as you

25    wish, but in any event standing by assisting with the

1    count in the other wing, not the wing in which Mr.

2    Figueroa was housed.

3              Mr. Gale stated that he and his partner

4    took a full count in both wings and in an upstairs

5    location, but that the SOG officers logged in, and

6    I'll get to that shortly, and were not present in any

7    numbers on the wing where Mr. Figueroa was bunked.

8    Of course this was at nighttime.  It was a night

9    shift.

10             And in the log book pertaining to that

11   evening, D-338A, it is, of course, noted that SOG did

12   come in on that occasion, August 12th/13th at 11:50

13   PM on August 12th, I believe, "SOG team in East Wing

14   per Captain Manascalco, East Wing lights to stay on

15   all night."  I'm not sure if it's ever directly

16   established by testimony whether Mr. Figueroa was in

17   the East or the West Wing by name, but in any event,

18   coordinating his description with Mr. Gale's, the

19   heavier scrutiny, if you will, took place in the wing

20   from which the apple originated, which Mr. Figueroa

21   himself said was the other wing.

22             So it does not appear that there was a

23   significant SOG presence in the wing where Mr.

24   Figueroa was sleeping that night and I have no reason

25   to believe that Officer Gale would cover for SOG

1    beatings on that occasion on his watch.  Just doesn't

2    seem like that sort of person.

3              Well, that leaves us, of course, with

4    the incident on or about the day of Mr. Figueroa's

5    arrival.  And we checked the log for this barracks

6    for that date and there was no indication of a SOG

7    presence in those barracks.

8              The Exhibit P-2A from the SOG log was

9    introduced for the purpose of showing that the SOG

10   team was in the area.  And I note a notation at 10:20

11   AM "teams two, three and four dispatched to farm

12   Trailer Number 13."  I think coordinated with P-117

13   it's clear that's the cottage, Cottage Number 13.

14   Right directly underneath that, "1A called for."

15   Internal Affairs.  "10:40," subsequent entry on the

16   same event.  Reading again from the log.  "SOG team

17   two, three, four returned from farm with Inmate Wren

18   and Page in custody.  They were taken to infirmary

19   and then lockup.  No incidents.  IA filmed."

20             When I first reviewed P-2A and P-117,

21   and recalled the testimony of Mr. Figueroa that he

22   and his fellow inmates were looking out the windows

23   of Barracks One, a thought occurred to me that maybe

24   the SOG officers either on their way to Cottage 13 or

25   on their way back from Cottage 13 decided they wanted

1    to discourage that type of observation and,

2    therefore, made a detour through Barracks One to just

3    let the people know there that they shouldn't get too

4    curious.  However, once again, as we note from P-2A,

5    Internal Affairs was present and filming the events

6    involving the extraction from Cottage Number 13.  And

7    that, by the way, is consistent with other evidence

8    we've had in the course of these cases that show from

9    time to time Internal Affairs filmed extractions.

10            Accordingly, with Internal Affairs on

11   the scene and doing their filming, the likelihood

12   that SOG would take a detour into Barracks Number One

13   where they hadn't even been called for duty is

14   virtually zero.  And I add, of course, that they are

15   not logged in there.  I realize it wasn't Officer

16   Gale's shift, it was in the daytime so we don't know

17   who the officer might have been and whether his

18   character would be subject to being compromised.  But

19   under the circumstances and given Mr. Figueroa's

20   burden of proof, the contemporaneous documentary

21   evidence is strong enough to overcome his testimony

22   and any reasonable inferences therefrom that the

23   events, in fact, happened to him.

24            I am somewhat surprised to reach this

25   result because, in observing Mr. Figueroa, he didn't

1   exhibit the types of tendencies that over the years

2   we've come to associate with somebody who is making

3   up a story.  But none of us is free from being

4   deceived and I find under these circumstances that,

5   for reasons perhaps only known to him, Mr. Figueroa

6   did make this up and what he says happened to him in

7   Barracks One on all three occasions didn't.  And

8   contemporaneous documents plus the testimony of

9   Officer Gale established that to my satisfaction.

10          Furthermore, just to add, even if I had

11   not reached that ultimate conclusion and were dealing

12   with this matter solely on the question of the

13   requirement that Mr. Figueroa carry his burden of

14   proof, he has failed to do that.

15          Although not every item of evidence has

16   been discussed in this opinion/report, all evidence

17   presented to the Special Master was reviewed and

18   considered.  For the reasons set forth above, I

19   recommend in this report that the district court

20   enter an order and judgment of no cause for action

21   with regard to Jaime Figueroa.

22

23

24

25

```
 1              C E R T I F I C A T E

 2

 3        I, Theresa O. Mastroianni, a Notary Public and

 4   Certified Shorthand Reporter of the State of New

 5   Jersey, do hereby certify that the foregoing is a

 6   true and accurate transcript of the testimony as

 7   taken stenographically by and before me at the time,

 8   place, and on the date hereinbefore set forth.

 9        I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19   J. O. Mastroianni

          Theresa O. Mastroianni, C.S.R.

20        Notary Public, State of New Jersey

          My Commission Expires May 5, 2010

21        Certificate No. X10857

          Date:  June 17, 2008

22

23

24

25
```

**A**

accurate 12:6
action 1:2 11:20
  12:11,14
add 10:14 11:10
Affairs 9:15
  10:5,9,10
Agreement 5:7
al 1:9
allegations 5:11
appear 8:22
apple 6:12 7:18
  7:20 8:20
applicable 5:11
applied 5:8
area 6:4,13 9:10
arrival 9:5
arrived 7:23
assaulted 6:9
assisting 7:25
associate 11:2
attorney 12:10
  12:12
ATTORNEYS
  3:6,12
Audubon 1:24
August 8:12,13

**B**

back 6:18 7:10
  9:25
barracks 9:5,7
  9:23 10:2,12
  11:7
based 5:9
bathroom 6:10
Bayside 1:5 6:3
beating 6:5
beatings 9:1
believe 8:13,25
big 7:9
BISSELL 1:19
  5:1,20,22
book 8:10
border 6:2
bunked 8:7
burden 10:20
  11:13

**C**

C 3:2 12:1,1
called 6:9 9:14
  10:13
Camden 2:10
  3:5
Captain 8:14
carry 11:13
case 5:3
cases 6:17,19
  10:8
cause 11:20
certainly 6:25
Certificate
  12:21
Certified 1:23
  2:6 12:4
certify 12:5,9
character 10:18
charges 5:10
checked 9:5
circumstances
  10:19 11:4
civil 1:2 5:3,14
clear 9:13
come 8:12 11:2
commencing
  2:10
Commission
  12:20
complain 6:24
  7:5
complained 7:6
compromised
  10:18
conclusion 5:25
  11:11
connection 7:18
consequences
  6:8
considered
  11:18
consistent 10:7
constitute 5:14
contemporane...
  10:20 11:8
coordinated
  9:12
coordinating

8:18
corrections 7:14
  7:15
cottage 9:13,13
  9:24,25 10:6
counsel 12:10,12
count 8:1,4
course 5:24 6:11
  8:8,11 9:3 10:8
  10:14
court 1:1,23 2:7
  2:9 11:19
courtroom 7:17
cover 8:25
credible 5:24
  7:16,18
curious 10:4
custody 6:24
  9:18
C.S.R 12:19

**D**

date 9:6 12:8,21
day 9:4
days 6:3,13
daytime 10:16
dealing 11:11
deceived 11:4
decided 9:25
decision 5:8
Defendants 1:10
  3:12
defense 7:10
demeanor 7:16
departure 7:1
description 8:18
desk 6:9
detour 10:2,12
different 7:22
directives 5:5
directly 8:15
  9:14
disciplinary 7:7
discourage 10:1
discussed 11:16
dispatched 9:11
district 1:1,1 2:9
  11:19
docket 5:18

documentary
  10:20
documents 11:8
doing 10:11
duty 10:13
D-338A 8:11

**E**

E 3:2,2 12:1,1
East 8:13,14,17
either 9:24
employee 12:10
  12:12
enter 11:20
entered 6:6
entry 9:15
ESQUIRE 3:4,9
  3:10
ESQUIRES 3:4
established 8:16
  11:9
et 1:9
evening 8:11
event 7:25 8:17
  9:16
events 7:17 10:5
  10:23
evidence 7:10
  10:7,21 11:15
  11:16
exhibit 9:8 11:1
Expires 12:20
extent 5:11
extraction 10:6
extractions 10:9

**F**

F 12:1
facilities 6:24
fact 10:23
facts 5:8
failed 11:14
fan 7:21
farm 6:4,20,22
  7:4 9:11,17
fatally 7:19
FAUVER 1:9
feeling 6:1
fellow 9:22
felt 6:21

Figueroa 1:7 5:3
  5:12,22 7:3,22
  8:2,7,16,20,24
  9:21 10:25
  11:5,13,21
Figueroa's 7:19
  9:4 10:19
filmed 9:19 10:9
filming 10:5,11
finalized 5:13
financially
  12:13
find 6:20 11:4
first 7:12 9:20
foregoing 12:5
FORMAROLI
  1:22
forth 5:9 7:8
  11:18 12:8
found 7:12
four 9:11,17
frankly 6:16
  7:19
free 11:3
full 8:4
FURTHER 12:9
Furthermore
  11:10
future 6:17

**G**

Gale 7:13 8:3,25
  11:9
Gale's 8:18
  10:16
generated 7:21
Gerry 2:9
given 10:19
gloss 7:3
go 6:22
going 6:19,23
  7:5
good 7:16
GRIEGEL 3:8
guess 7:15
guidance 6:17
guiding 5:7
guys 7:4

**H**

**H** 1:9
**halfway** 7:1
**HAMILTON** 3:11
**happened** 10:23 11:6
**happens** 6:15
**heard** 6:19
**heavier** 8:19
**hereinbefore** 12:8
**HIGHWAY** 3:10
**Honor** 5:17
**HONORABLE** 1:19
**Horse** 1:23
**hour** 6:4
**house** 2:9 7:1
**housed** 7:23 8:2

**I**
**IA** 9:14,19
**incident** 6:12 7:18 9:4
**incidents** 9:19
**inconsistent** 7:19
**indication** 9:6
**inferences** 10:22
**infirmary** 9:18
**Inmate** 9:17
**inmates** 9:22
**instructions** 5:10
**interested** 12:13
**Internal** 9:15 10:5,9,10
**introduced** 9:9
**involving** 7:7 10:6
**issued** 5:4
**item** 11:15

**J**
**Jaime** 1:7 5:3 11:21
**JAMES** 3:9
**Jersey** 1:1,24 2:8 2:10 3:5,11

12:5,20
**JOHN** 1:19
**JUDGE** 5:1,20 5:22
**judgment** 11:20
**June** 1:15 12:21
**jury** 5:9,10

**K**
**KENNETH** 3:10
**kind** 7:4
**know** 10:3,16
**known** 11:5

**L**
**law** 5:7
**LAWRENCE** 3:4
**LAZZARO** 3:9
**leaves** 9:3
**license** 2:7
**Lieutenant** 7:12
**lights** 8:14
**likelihood** 10:11
**LINDSAY** 3:4,4 5:17,21
**Litigation** 1:6
**little** 6:22
**Local** 5:13
**location** 8:5
**lockup** 9:19
**log** 8:10 9:5,8,16
**logged** 8:5 10:15
**logs** 7:11
**looking** 9:22
**lose** 7:6
**LOUGHRY** 3:4
**LOZIER** 3:10
**lurking** 6:18

**M**
**making** 11:2
**man** 6:2
**Manascalco** 8:14
**MARKET** 3:5
**Master** 1:19 5:6 5:16 11:17
**Master's** 5:6
**Mastroianni**

1:22 2:6 12:3 12:19
**matter** 1:4 2:6 11:12
**medical** 6:7
**Mejias** 5:10
**mind** 6:18
**minimal** 6:13,24
**minimum** 6:3
**MONDAY** 1:15
**morning** 7:11

**N**
**N** 3:2
**naive** 6:7
**name** 8:17
**neither** 12:9,11
**New** 1:1,24 2:8 2:10 3:5,11 12:4,20
**nice** 5:23,23
**night** 8:8,15,24
**nighttime** 8:8
**Notary** 2:8 12:3 12:20
**notation** 9:10
**note** 9:10 10:4
**noted** 8:11
**number** 2:7 5:3 5:18 9:12,13 10:6,12
**numbers** 8:7

**O**
**O** 2:6 12:3,19
**observation** 10:1
**observing** 10:25
**occasion** 8:12 9:1
**occasions** 11:7
**occurred** 9:23
**officer** 6:9 7:14 7:15 8:25 10:15,17 11:9
**officers** 6:10 8:5 9:24
**once** 6:13 10:4
**open** 7:4
**opinion** 5:2
**opinion/report**

5:4 11:16
**order** 5:5,16 11:20
**originated** 8:20
**outrage** 6:2
**overcome** 10:21

**P**
**P** 3:2,2
**Page** 9:18
**paragraph** 5:15
**parole** 7:1
**parties** 12:11
**partner** 8:3
**PC** 3:8
**people** 6:14,23 10:3
**person** 9:2
**pertaining** 8:10
**Pike** 1:23
**place** 6:5,6,12 8:19 12:8
**PLAINTIFFS** 3:6
**Plaza** 2:9
**plus** 11:8
**PM** 2:10 8:13
**presence** 5:24 8:23 9:7
**present** 7:10 8:6 10:5
**presentation** 5:23
**presented** 7:16 11:17
**principles** 5:7
**Prison** 1:5
**problem** 7:21
**proceedings** 2:5 5:2
**process** 7:8
**proof** 10:20 11:14
**provides** 6:16
**Public** 2:8 12:3 12:20
**purpose** 5:2 9:9
**pursuant** 5:5
**P-117** 7:12 9:12

9:20
**P-2A** 7:12 9:8,20 10:4

**Q**
**question** 11:12

**R**
**R** 3:2 12:1
**reach** 10:24
**reached** 11:11
**Reading** 9:16
**realize** 10:15
**reason** 8:24
**reasonable** 10:22
**reasons** 11:5,18
**recalled** 9:21
**received** 7:11
**recommend** 11:19
**recounting** 7:17
**recreation** 6:22
**Reference** 5:5 5:16
**regard** 1:4 7:2 11:21
**relative** 12:10,12
**rendering** 5:2
**reopening** 5:1
**report** 5:15 11:19
**Reporter** 2:7 12:4
**Reporting** 1:23
**required** 5:15
**requirement** 11:13
**result** 10:25
**returned** 9:17
**review** 5:13
**reviewed** 9:20 11:17
**Right** 9:14
**ROSELLI** 3:8
**Rule** 5:14

**S**
**S** 3:2
**satisfaction** 11:9

says 11:6
scene 10:11
scrutiny 8:19
season 7:4
security 6:4,13
seeking 6:7
sense 7:20
Sergeant 7:13
set 5:9 11:18
   12:8
seven 5:15
shift 8:9 10:16
Shorthand 12:4
shortly 8:6
show 10:8
showing 9:9
significant 8:23
sleeping 8:24
SOG 6:6,10,21
   7:23 8:5,11,13
   8:23,25 9:6,8,9
   9:16,24 10:12
solely 11:12
somebody 11:2
somewhat 10:24
sort 9:2
South 1:23
Special 1:19 5:6
   5:6,16 11:17
SQUARE 3:11
standing 7:24,25
start 5:18
State 1:5 2:8
   3:10 12:4,20
stated 8:3
States 1:1 2:9
stay 6:25 8:14
stenographica...
   12:7
story 11:3
STREET 3:5
strong 10:21
subject 10:18
subjected 6:5
subsequent 9:15
superficial 7:3
superficially
   5:24
sure 7:14 8:15

surprised 10:24
system 7:7

**T**

T 12:1,1
take 7:24 10:12
taken 2:6 9:18
   12:7
team 8:13 9:10
   9:16
teams 9:11
tendencies 11:1
testimony 5:25
   6:1 8:16 9:21
   10:21 11:8
   12:6
Thank 5:21
therefrom 10:22
Theresa 2:6 12:3
   12:19
they'd 7:6
thing 7:2
think 9:12
thought 9:23
threat 6:14
three 6:3,13 9:11
   9:17 11:7
throwing 7:20
time 7:15 10:9,9
   12:7
Trailer 9:12
transcript 2:5
   5:14 12:6
treatment 6:7
troublesome
   6:20
true 12:6
turns 7:8
two 6:3,5 9:11
   9:17
type 10:1
types 11:1

**U**

ultimate 11:11
underlie 5:8
underneath 9:14
unit 6:6 7:23
United 1:1 2:9
units 6:21

upstairs 8:4

**V**

verge 7:1
Videoconfere...
   1:23
virtually 10:14
visible 6:14
vs 1:8

**W**

W 1:19 3:4,10
Walker 5:10
wanted 6:21,25
   9:25
wasn't 10:15
watch 9:1
way 9:24,25
   10:7
West 8:17
we've 10:8 11:2
White 1:23
WILLIAM 1:9
windows 9:22
winds 6:8
wing 7:22 8:1,1
   8:7,13,14,17
   8:19,21,23
wings 8:4
wish 7:25
work 6:23
Wren 9:17
written 5:15

**X**

XIO857 12:21

**Y**

years 11:1
young 6:2

**Z**

zero 10:14

**0**

08-2925 1:2 5:3
   5:20
08102 2:10 3:5
08106 1:24
08690 3:11

**1**

10:20 9:10
10:40 9:15
11:50 8:12
12th 8:13
12th/13th 8:12
13 9:12,13,24,25
   10:6
1337 3:10
16 1:15
17 12:21

**2**

2008 1:15 12:21
2010 12:20
251 1:23

**3**

3:07 2:10
30X100085700
   2:7
33 3:10
330 3:5

**5**

5 12:20
52.1 5:14

**6**

609-586-2257
   3:11

**8**

856-546-1100
   1:24
856-968-9201
   3:6